Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Paul Bridge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 08-277  KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **SENTENCING** |
| vs. | ) | |
| | ) | **Date: 1-29-09** |
| | ) | **Time: 10:00 a.m.** |
| Paul Bridge, | ) | **Courtroom: Honorable Kimberly J. Mueller** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Paul Bridge through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Kyle Reardon agree and stipulate that the current sentencing set for January 29, 2009, in the above case shall be re-scheduled for April 30, 2009 at 10:00 a.m.

Dated: January 28, 2009

By:  /s/  Patrick K.Hanly
Attorney for Defendant

Dated: January 28, 2009                    UNITED STATES ATTORNEY

By: /s/  Kyle Reardon
Assistant United States Attorney

## <u>ORDER</u>

Based on the stipulation of the parties and good cause appearing there from, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: January 29, 2009



_____

U.S. MAGISTRATE JUDGE