1  Patrick K. Hanly (SBN 128521)
   980 9th Street, 16th Floor
2  Sacramento, California 95814
   Telephone: (916) 773-2211
3  Facsimile: (916) 773-8303

4  Attorney for Defendant
   Paul Bridge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: CR-S-08-277  KJM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| vs. | ) **SENTENCING** |
| | ) **Date: 9-3-09** |
| Paul Bridge, | ) **Time: 10:00 a.m.** |
| | ) **Courtroom: Honorable Kimberly J. Mueller** |
| Defendant. | ) |

   Defendant Paul Bridge through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Laurel Rimon agree and stipulate that the current sentencing set for September 3, 2009, in the above case shall be re-scheduled for December 10, 2009 at 10:00 a.m. and the new dates for review and objections to the presentence report shall be as follows:

   Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **12/3/09.**

/////

/////

/////

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than: **N/A**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **N/A**

Dated: August 18, 2009                    By: /s/ Patrick K.Hanly
                                                   Attorney for Defendant

Dated: August 18, 2009                    UNITED STATES ATTORNEY

                                          By: /s/ Laurel Rimon
                                                   Assistant United States Attorney

# ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: August 25, 2009

_____
U.S. MAGISTRATE JUDGE