Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Paul Bridge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 08-277  KJM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **SENTENCING** |
| vs. | ) |
| | ) **Date: 12-1-09** |
| | ) **Time: 10:00 a.m.** |
| Paul Bridge, | ) **Courtroom: Honorable Kimberly J. Mueller** |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Defendant Paul Bridge through his counsel of record, Patrick K. Hanly, Esq., and plaintiff

United States of America, through its counsel, Assistant United States Attorney Laurel Rimon agree and

stipulate that the current sentencing set for December 10, 2009, in the above case shall be re-scheduled

for February 25, 2010 at 10:00 a.m. and the new dates for review and objections to the presentence

report shall be as follows:


Motion for Correction of the presentence report shall be filed with the Court and served on the

probation officer and opposing counsel no later than: **2/18/10**


The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**N/A**

1   Counsel's written objections to the presentence report shall be delivered to the probation officer and
    opposing counsel no later than:                      **N/A**

2

3   Dated: December 1, 2009                    By:  /s/  Patrick K.Hanly_____
                                                          Attorney for Defendant
4

    Dated: December 1 2009                          UNITED STATES ATTORNEY

5

                                               By: /s/  Laurel Rimon
6                                                   Assistant United States Attorney

7

8

9                                          **ORDER**

10

11          Based on the stipulation of the parties and good cause appearing there from, the Court hereby

12  adopts the stipulation of the parties in its entirety as its Order.

13

14          **IT IS SO ORDERED**.

15          Dated: December 2, 2009.

16

17

18                                        _____
                                          U.S. MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28