Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Paul Bridge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR S-08-277 KJM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. | |
| | **Date: 2-25-10** |
| | **Time: 10:00 a.m.** |
| Paul Bridge, | **Courtroom: Honorable Kimberly J. Mueller** |
| | **United States Magistrate Judge** |
| Defendant. | |

Defendant Paul Bridge through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Laurel Rimon agree and stipulate that the current sentencing set for February 25, 2010, in the above case shall be re-scheduled for April 27, 2010 at 10:00 a.m. and the new dates for review and objections to the presentence report shall be as follows:

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **4/20/10**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**N/A**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **N/A**

Dated: January 19,_2010            By:  /s/  Patrick K.Hanly
                                            Attorney for Defendant

Dated: January 19, 2010              UNITED STATES ATTORNEY

                                   By: /s/  Laurel Rimon
                                          Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause appearing there from, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: January 20, 2010

_____
U.S. MAGISTRATE JUDGE