Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
Paul Bridge

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: S-CR-08-277  KJM |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| vs. ) | |
| ) | **Date: 4-27-2010** |
| Paul Bridge, ) | **Time: 10:00 a.m.** |
| ) | **Courtroom: Honorable Kimberly J. Mueller** |
| Defendant. ) | **United States Magistrate Judge** |

Defendant Paul Bridge through his counsel of record, Patrick K. Hanly, Esq., and plaintiff United States of America, through its counsel, Assistant United States Attorney Laurel Rimon agree and stipulate that the current sentencing set for April 27, 2010 at 10:00 a.m., in the above case shall be re-scheduled for August 26, 2010 at 10:00 a.m. and the new dates for review and objections to the presentence report shall be as follows:

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **8/19 /10**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than:
**N/A**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: <u>**N/A**</u>

Dated: March 15, 2010          By: /s/ <u>Patrick K.Hanly</u>
                                                 Attorney for Defendant

Dated: March 15, 2010          UNITED STATES ATTORNEY

                                     By: /s/ <u>Laurel Rimon</u>
                                              Assistant United States Attorney

## **ORDER**

Based on the stipulation of the parties and good cause appearing there from, the Court hereby adopts the stipulation of the parties in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: March 16, 2010

_____
U.S. MAGISTRATE JUDGE